Rel: April 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0768

Rod Caldwell and Howard Neil Bailey, as trustee of the Caldwell Family Trust v. Papanoo, LLC, and Kashif Siddiqui (Appeal from Jefferson Circuit Court: CV-22-902249).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.